FILED
CLERK, U.S. DISTRICT COURT

10/19/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 5:23-cr-00208-JGB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 842(a)(1): Manufacturing and Dealing in Explosive Materials Without a License; 18 U.S.C. §§ 982(a)(2)(B) and 844(c) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| CARLOS SALDANA-DIAZ, aka "Onstock2k21," | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 842(a)(1)]

On or about June 30, 2021, in Riverside County, within the Central District of California, and elsewhere, defendant CARLOS SALDANA-DIAZ, also known as "Onstock2k21," knowingly engaged in the business of manufacturing and dealing in explosive materials, namely,

//
//
//

flash powder, without a license issued under Chapter 40 of Title 18, United States Code.

FORFEITURE ALLEGATIONS

[18 U.S.C. §§ 982(a)(2)(B) and 844(c) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 844(c) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any and all property, real or personal, constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such offense;

(b)  Any explosive materials involved or used or intended to be used in the offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

E. MARTIN ESTRADA
United States Attorney

*/s/ Mack E. Jenkins*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental Crimes and
Consumer Protection Section

DENNIS MITCHELL
Assistant United States Attorney
Deputy Chief, Environmental Crimes
and Consumer Protection Section

AMANDA M. BETTINELLI
Assistant United States Attorney
Environmental Crimes and Consumer
Protection Section